IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

WilliE YouNG 285487

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

- See Attached -

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
               *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis.*

1

Dir. Bryan STirling (scdc)
Warden Tonya James (scdc)
MAJor Jason Smith (scdc)
Police Service Christopher voll (scdc)
Police Service Thomas clark (SCDC)
Contraband SGT, Shane Jones (scdc)
Contraband LT, Lester Smalls (scdc)
Grievance Coordinator Elaine Miller
Contraband SGT, Zayonta Givens (scdc)
Grievance Coordinator Elaine redfearn-miller (S

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     Willie Young

All other names by which you have been known:

ID Number     285487

Current Institution     Kerchaw Correctional

Address     4848 Goldmine Hwy

Kerchaw SC. 29067

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name     Bryan STirling

Job or Title     Director SCDC
(if known)

Shield Number

Employer     SCOC/STATE

Address     4444 Broad river rd.

ColA SC. 29210

☐ Individual capacity          ☑ Official capacity

Defendant No. 2

Name     Tonya James

2

Job or Title
(if known) __Warden__

Shield Number _____

Employer __S.C.D.C.__

Address __4848 Gold mine hwy__
__Kerchaw SC. 29067__

☑ Individual capacity          ☑ Official capacity

Defendant No. 3

Name __Jason Smith__

Job or Title __Major__
(if known)

Shield Number _____

Employer __SCDC.__

Address __4848 GOlDMINE hwy__
__Kerchaw SC. 29067__

☑ Individual capacity          ☑ Official capacity

Defendant No. 4

Name __Christopher Voll__

Job or Title __Police Services__
(if known)

Shield Number _____

Employer __SCDC.__

Address __4444 Broad River rd.__     – See
__ColA SC. 29210__          Attach.

☑ Individual capacity          ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

DEFENDANTS

Thomas Clark
  Police Services
  SCDC.
  4444 Broad river rd.
  Cola S.C. 29210
☒ Individual capacity  ☒ official capacity

Shane Jones
  SGT.                              Shield # 061810
  SCDC
  4848 Goldmine Hvvy
  Kerchaw SC. 29067
☒ Individual capacity  ☒ official capacity

Lester Smalls
  LT,                              Shield # 041169
  SCDC
  4848 Gold Mine Hvvy
  Kershaw  SC. 29067
☒ official capacity        ☐ Individual capacity

Elaine Miller ʷʸ Redfearn-miller
  Grievance coord.
  SCDC  ,  4848 Goldmine Hvvy        OVER
  Kerchaw SC 29067                    →
☒ Individual capacity  ☒ official capacity

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amend. ; Due Process; 8th Amend.; Cruel, unusual Punishment
Violation of SCDC Polices 22.14 ; Pol 23.29; SCDC Policy for
security, 1 Amend: freedom of speech, 4th Amend:

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

- See Attach -

_____

_____

_____

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

4

D. Bryan STirling is the agency director (scoc) and as Director, any and all abuses and/or complaints committed by his personnel, he bares responsibility.

After being made aware by plaintiff by u.s. mail, that various agency personnel had violated Scoc policy and plaintiff rights by denying plaintiff adequate and fair process of agencys Security threat group procedure, which has placed him in the Institutions most dangerous drug and gang infested unit.

The denial, has limited plaintiff the benefit of the policies Bryan STirling is designated to gurantee every inmate.

Due to the Danger of any gang allegation because of scoc recent History of murder and stabbings a investigation should have been conducted.

Tonya James is the warden of the agency facility Kershaw correctional (scoc) where plaintiff is housed and allowed Kershaw correctional contraband to violate plaintiffs u.s. constitutional and agency policy rights by denying him right to fairness and adequacy, after being made aware that her Institutional officers used methods of coercion and mischaracterization of documents to vindictively label Plaintiff as a gang member, and place his life in danger without conducting a investigation. Further Scoc Directors office forwarded plaintiffs concern about fearing for his life because of this label.

Jason Smith is a major of Kershaw correctional, and allowed Kershaw correctional contraband, to charge plaintiff with "security threat group" membership after being asked by plaintiff to conduct a investigation into Kershaw contrabands validating procedure As plaintiff provided proof Kershaw contraband "told him to sign forms to remove himself from the list" via Email thru agency inmate messaging system, '5 days away After he signed", and as when Kershaw Responded via Email to plaintiff, it never denied any of plaintiffs details, but only responded to plaintiffs "fear of loosing" his life!    Jason smith also violated plaintiffs agency policy rights" to Due Process. as he allowed a CAPTAIN To Sign On Agency's Disciplinary Incident report, Level 2 offense When he is major of Security, and process of charge required his signature, placing plaintiff in danger, because of the ramification of the label. Jason Smith, major of Security is currently placin plaintiff in danger as plaintiff has been found not guilty of security threat group affiliation, is the Institutional STG coordinator, and failed to make 'findings' known to SCDC Police service of plaintiffs vindication!
(Continued)

Christopher Voll is Director of agencies (SCDC) Police Services and required to give benefit of STG. Policy (Pol 23.29), requiring Validation exacted by its criteria, and allowed his designated Contraband officers Sgt. Shane Jones, LT. Lester Smalls to vindictively Validate plaintiff under a "questionable self admission criteria that no evidence supports and no investigation conducted to prove which has his life in danger because of this label!

Shane Jones denied plaintiff us, and agency rights to a fair investigation when he admitted at plaintiffs agency Disciplinary hearing June, 2021 that plaintiff had tatoos and this was his reason, and has violated his legal material, personal property. (continue)

Lester Smalls is a Lieutenant of the Kershaw Correction Contraband and denied plaintiff due process and denied him benefit of a investigation by allowing and initiating a vindictive and unusual method to validate plaintiff. Lester smalls denied plaintiff agency policy failing to forward Plaintiff was vindicated of S.T.G. charges, As well as "planting" a cell phone and listening to plaintiffs call without Agency Authorization. (continue)

Elaine Miller is Kershaw correctional Grievance officer and has placed plaintiffs life in danger by denying him agency policy allowing him to challenge the conduct of agency personnel. Elaine miller has denied plaintiff countless times in regards to grieving Kershaw correctional Contraband.

Zayonta Givens is a Kershaw correctional contraband sgt. who on 1/24/22, violated plaintiffs u.s. const. rights, violating C.D.C. Guidelines failing to Socially distance himself from plaintiff as he had Just cleared quarantine protocol during in cell search, where he threatened plaintiff for requesting "time" to place his mask over his face in a unit that was on quarantine for covid 19. Zayonta Givens hand cuffed plaintiff and made him to stand in plain view of unit surveillance camera, among 20-30 inmates without a mask, endangering his life to be attacked by inmates or reinfection of covid! and forced plaintiff out of unit for no reason evidence can support.

Thomas Clark is captain and S.T.G. Coordinator in SCDC Police Services, and has placed plaintiffs life in danger by denying him removal from agency S.T.G. list, Record has been provided that agency Contraband officers validated plaintiff against requirement criteria, and As STG coordinator Thomas clark was aware of this. Plaintiff was vindicated of S.T.G. affiliation, a record available and known to thomas clark since June of 2021, Per Kerchaw contraband Sgt. Shane Jones and LT. Lester smalls, Thomas clark directed them to hold a agency gang renunciation hearing on October 23, 2021- plaintiff can only prove this by institutional count record, which will verify at Inst. count time 2:30 pm, plaintiff was counted in Kerchaw contraband officee - and it is over 90 days Thomas clark held this review and has still denied plaintiff removal.

Shane Jones is a Kerchaw correctional contraband Sergeant who directly placed plaintiffs life in Jeopardy by denying him adequate process of agency policy in validating him as a gang member. Shane Jones instructed plaintiff to sign agency selfadmission form, after characterizing form as one to vindicate him, Due to this method, caused him to be threatened by gang members and moved to Another gang unit! Shane Jones after a year of knowing plaintiff was trying to be removed from agency gang list, wrote plaintiff a disciplinary charge for STG Affiliation in retaliation for plaintiff contacting personel for help, though he was the officer who alleged plaintiff 'admitted' he was a gang member.

Warden TonYA James further, As institutional warden exposed plaintiff to Covid-19 virus by failing to follow C.D.C. guidelines and agency policy "18.20" requiring Vaccinations, Weekly/Daily testing and contact tracing. On 11/23/21 plaintiff tested positive for Covid 19 after being exposed to Kershaw correctional officer and had to be quarantine for 25 days with no outside fresh air, in efforts to recover after being transferred to lee county per warden Tonya James. Warden tonya James then exposed and risked plaintiffs life again during another quarantine week of 1/10/22, making plaintiff to take another PCR test or be charged by agency, Violating C.D.C. guidelines to not test anyone who had tested positive for covid 19 for 12 weeks, which risks re-infection or positive results. Tonya James, failing to mandate her prison staff to social distance from Inmates during quarantine allowed her institutional contraband Sgt. Zayonta Givens, who also had tested positive and just quarantined to hand cuff, search and deny plaintiff a face covering in housing unit.

Major Jason Smith in futherance of plaintiffs u.s. const. rights and agenys quarantine policy violations, to further intimidate and threaten plaintiff while on institutions lock up unit on 2/7/22 after plaintiff excited shower, and during sent on institutional unit camera three officers inside his assigned cell (Lt. Davis, ofc. Heaton, Lt. Micheal Blackwell) to search his legal belongings, then entered cell with no masks while plaintiff had Just came out of shower to search him (Lt. Davis, Lt. Blackwell)

OVER →

Zayanta Givens further in violation of plaintiffs constitutional rights and after plaintiff requested protective custody from him on 1/25/22 and 2/4/22, came to institutions lock-up, between 3-4:30 pm opening cell flaps to feed came upon (2/6/22) cell #47 and called plaintiff a "light-skinned, tall, punk muthafucer thru his mask to wrapped fully around his head and face (color black) And camera for lock up can verify his presence and again on 2/7/22 Between the time 3-4:30 pm can be seen with items in his hands walking by cell 47 yelling And yelled "punk Ass" before walking out of view.

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

This matter began and took place at Kershaw correctional February 20, 2020 - present.

_____

C. What date and approximate time did the events giving rise to your claim(s) occur?

February 20, 2020

_____

_____

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was vindictively and dangerously labeled as a gang member by agencies (SCDC) contraband Personel who coerced and mischaracterize forms presented

5

to plaintiff for signature. plaintiff has been vindicated of S.T.G. Security threat Group affiliation, but is still labeled as A gang member after meeting All criterias, denying him advancement from Kershaw correctional to minimum custody, placing his life in danger.

**V.   Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

plaintiff has suffered psycological depression. As he has been incarcerated over 20 years and has Anxiety Attacks due to many killings and stabbings he has witnessed in SCDC by gang members. Being forced to live among known and proud gang members has created fear and duress, As all the above named defendants have created psycological instability in plaintiff because he is not able to trust any agency official in this depressive matter And fear he may Die!

**VI.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

plaintiff requests the court to peruse all agency correspondence and evidence, As well As policies, and remove the label from plaintiff and that All defendants be reassigned/demoted fired for failing to perform their job descriptions in accordance with agency policies and that plaintiff immediately be transferred And further requests an investigation into - See Attached

**VII.  Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

6

## -Relief-
## VI

Kershaw Contraband Shane Jones and Lester smalls. As these Contraband officers have violated numerous agency policies, including drug activity over their Tenure as contraband personel, And that these officers be terminated As they do not have professional conduct in saving, but only harming inmates lives. plaintiff requests to be transfered immediatly as his well being is at stake!

And further for the psychological anxiety and defamation of plaintiffs character and his family's pain and suffering am asking and demanding $100,000 from each defendant

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____Kerchaw   Correctional   Inst, (SCDC)_____

_____

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑   Yes

☐   No

☐   Do not know

If yes, which claim(s)?

_____Securty Threat Grwp Policies; Due Process of_____

_____SCDC_____

_____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑   Yes

☐   No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑  Yes

☐  No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Kerchaw Correctional Inst. (ScDC)

2.  What did you claim in your grievance?

That Kerchaw contraband violated plaintiffs constitutional and agency policy rights by labeling him a Security threat Group member!

3.  What was the result, if any?

Agency, Institutional grievance Coordinator returned/denied plaintiffs grievance on several occassions denying due process.

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Institutional Grievance officer denied multiple processes of this issue!

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Informed Kerchaw correctional warden, Agency director, Kerchaw correctional Contraband no response!

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

_____

_____

*(Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☑    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑  Yes

☐  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  Willie Young

Defendant(s)  Christopher voll, lester smalls, shane Jones

2.  Court *(if federal court, name the district; if state court, name the county and State)*

US District court for South carolina

3.  Docket or index number  6:2021 cv 02 710

4.  Name of Judge assigned to your case

Kevin mc Donald

5.  Approximate date of filing lawsuit

8/23/2021

6.  Is the case still pending?

☐  Yes

☑  No

If no, give the approximate date of disposition.  10/21

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed; Defendants staged efforts as to appear to help plaintiff, only to charge plaintiff with more charges as he motion for voluntary dismissal

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3. Docket or index number

_____

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☐ Yes

☐ No

11

If no, give the approximate date of disposition. _____

7.　　What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

## IX.　Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.　For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __11__, 20__22__

Signature of Plaintiff　　Willie young

Printed Name of Plaintiff　　Willie Young

Prison Identification #　　285487

Prison Address　　4848 GOIDMINE Hwy

　　Kershaw　　　S,C.　　　29067

　　City　　　　　State　　　Zip Code

### B.　For Attorneys

Date of signing: _____, 20__.

Signature of Attorney　　_____

Printed Name of Attorney　　_____

Bar Number　　_____

Name of Law Firm　　_____

12

Address _____

Telephone Number _____

E-mail Address _____

## *CHECKLIST*

When a civil rights case from a state, local or federal prisoner is received, the Office of the Clerk of Court shall determine whether the case is in proper form. The term "in proper form" means that the Clerk of Court has received:

(1) A complaint with your original signature on the appropriate form or in a form substantially similar;

(2) The full filing fee or an Application to Proceed without Prepayment of Fees and Affidavit (Form AO 240) requesting to proceed *in forma pauperis*;

(3) A Financial Certificate form (from all prisoners except pre-trial detainees) completed by the plaintiff and by an officer or employee of the institution where the plaintiff is confined or of the prison system in which the plaintiff is confined;

(4) A separate Form USM-285 for each defendant sued if the plaintiff is proceeding *in forma pauperis* (Note that the plaintiff **must** provide information sufficient to identify the defendant(s) on the Form(s) USM-285. The United States Marshal cannot serve a defendant that is not properly identified, and defendants that are not served may be dismissed as parties to a case.);

(5) A separate summons form for each defendant sued **or** one summons listing all defendants and their addresses;

If you need additional space on any of the forms, you may submit additional pages. The plaintiff must use letter-sized paper [8 x 11 inch] and write or type text on one side of a sheet of paper only. Do not write or type on both sides of any sheet of paper. Do not write to the edge of the paper, but maintain one inch margins on the top, bottom and sides of each paper submitted.

*Note to Inmate:   If you are detained in a county jail, city jail, or local detention center, you* ***do not*** *have to submit the Financial Certificate.  You* ***must*** *submit the Form AO 240.*

285487

I Willie Young Am the plaintiff in this suit and am Currently in "lock-up" Under institutional charges and protective Custody. Quarantine denies chance for Copies, personnel will not come. I have to my ability as stated above (1) (5) (4) drafted three forms similiar to form USM-285 and used six USM-285 forms to comply with the Court(s), I humbly pray this may be accepted, as my life is in danger, if not i humbly request then that all 9 forms be forwarded to me. Thank you      Willie young 285487
Date 2/8/22